ERVEY SEGURA
TDCJ #1763649
RT. 2, BOX 4400
GATESVILLE, TEXAS 76597

April 23, 2015

FOURTH COURT OF APPEALS
Clerk Dan F. Crutchfield
3200 Cadena-Reeves Justice Center
300 Dolorosa Street
San Antonio, Texas 78205

RE: 227th JUDICIAL DISTRICT COURT
TRIAL TRANSCRIPTS
CAUSE NO. 2001-CR-9761
APP CRT NO. 04-12-00040-CR

TO WHOM THIS MAY CONCERN:

I am writing in reference to obtaining a complete copy of my Trial Transcripts in the above numbered and styled cause.

Therefore, I ask that you please quote me the cost of a full and complete copy of the RECORDER'S RECORD, that will include but not limited to; all hearings, all Police reports. all evidence submitted, all motions filed any and all rulings on each, all witnesses listed, all forensic tests done and their results, etc...

Thank you in advance for your attention to my letter and my request. I look forward to your prompt response in hopes that it will include the requested information. I have enclosed a SASE for your convenience in responding to my request.

Respectfully Submitted,

Ervey Segura
Ervey Segura

C.C.: FILE

Ervey Segura #1763649
ATZ Box 4400
Gatesville, Tx 76597
Hughes Unit.

S

AUSTIN TX 787
28 APR 2015 PM 3 L
RIO GRANDE DISTRICT

LEGAL MAIL

Fourth Court of Appeals
Clerk Dan F. Crutchfield
3200 Cadena-Reeves
300 Dolorosa Street Justice Cente
San Antonio, Tx 78205

78205308799